# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BLESS BUTLER,

    Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY Police Detective Matthew Regina,

    Defendants,

Case No. CV 09 2559

**ATTORNEY**
Duane C. Felton, Esq.
805 Castleton Avenue
Staten Island, NY 10310
718-273-9600

---

**STATE OF NEW YORK, COUNTY OF NEW YORK SS.,** Major L. Keels
**Being duly sworn, deposes and says that he is over the age of 18 years: Is not a party to this action and resides at** New York, NY

That on the 18th day of June 2009, at 1:15 P.M.
At 100 Church Street, 4th Floor, New York, NY 10007

**Deponent served annexed**   SUMMONS IN A CIVIL ACTION,   **upon** CITY OF NEW YORK,

**Government Entity:**
**By delivering thereat a true copy of each to** Dimitriy Aronov, **personally; said individual stated he is a** Managing Agent, **thereof, authorized to accept legal process.**

**Description: Deponent describes the individual served or spoken to as follows:**
**Sex:** Male **Skin/Color:** White **Hair:** Gr/Bk **App.Age:** 52 **App.Ht:** 5'8" **App.Wt:** 190
**Other identifying features:** Glasses

Sworn to before me this
18th day of June 2009

IVONNE KEELS
Notary Public, State of New York
No. 31-4958470
Qualified in New York County
Commission Expires January 11, 2010

Major L. Keels
License #946227