AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLESS BUTLER,

    Plaintiff,

    -against-

CITY OF NEW YORK and NEW YORK
CITY POLICE DETECTIVE MATTHEW
REGINA, SGT. CORNEL BUCKLEY,
and DETECTIVE DAVID LUPPINO,

    Defendants,

Case No. 09-CV-2559

**ATTORNEY**
Duane C. Felton, Esq.
805 Castleton Avenue
Staten Island, NY 10310
718-273-9600

**STATE OF NEW YORK,** COUNTY **OF NEW YORK SS.,** Major L. Keels
**Being duly sworn, deposes and says that he is over the age of 18 years: Is not a party to this action and resides at** New York, NY

That on the 16$^h$ day of April **2010,** at 1:40 **P.M.**
At 1 Police Plaza, Room 1100, New York, NY 10007

**Deponent served annexed**    SUMMONS IN A CIVIL ACTION & VERIFIED
**COMPLAINT,**  **upon**    DETECTIVE DAVID LUPPINO,

**Suitable Age Person:**
By delivering a true copy of each to PAA Busby, **a person of suitable age and discretion, said individual stated she is authorized to accept legal process.**

**Description: Deponent describes the individual served or spoken to as follows:**
**Sex:** Female **Skin/Color:** Black **Hair:** Black **App.Age:** 52 **App.Ht:** 5'5" **App.Wt:** 140
**Other identifying features:**

Sworn to before me this
16th day of April 2010

IVONNE KEELS
Notary Public, State of New York
No. 31-4958470
Qualified in New York County
Commission Expires January 11, 2014

Major L. Keels
License #946227

AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BLESS BUTLER,

    Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY POLICE DETECTIVE MATTHEW REGINA, SGT. CORNEL BUCKLEY, and DETECTIVE DAVID LUPPINO,

    Defendants,

Case No. 09-CV-2559

**ATTORNEY**
Duane C. Felton, Esq.
805 Castleton Avenue
Staten Island, NY 10310
718-273-9600

---

**STATE OF NEW YORK, COUNTY OF NEW YORK SS.,** Major L. Keels
**Being duly sworn, deposes and says that he is over the age of 18 years: Is not a party to this action and resides at** New York, NY

That on the 16$^h$ day of April **2010, at** 1:40 **P.M.**
At 1 Police Plaza, Room 1100, New York, NY 10007

**Deponent served annexed**    SUMMONS IN A CIVIL ACTION & VERIFIED
**COMPLAINT, upon**    DETECTIVE MATTHEW REGINA,

**Suitable Age Person:**
By delivering a true copy of each to PAA Busby, **a person of suitable age and discretion, said individual stated she is authorized to accept legal process.**

**Description: Deponent describes the individual served or spoken to as follows:**
**Sex:** Female **Skin/Color:** Black **Hair:** Black **App.Age:** 52 **App.Ht:** 5'5" **App.Wt:** 140
**Other identifying features:**

Sworn to before me this
/6  day of April 2010

*IVONNE KEELS*
Notary Public, State of New York
No. 31-4958470
Qualified in New York County
Commission Expires January 11, 2014

Major L. Keels
License #946227

## AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BLESS BUTLER,

        Plaintiff,

-against-

CITY OF NEW YORK and NEW YORK CITY POLICE DETECTIVE MATTHEW REGINA, SGT. CORNEL BUCKLEY, and DETECTIVE DAVID LUPPINO,

        Defendants,

Case No. 09-CV-2559

**ATTORNEY**
Duane C. Felton, Esq.
805 Castleton Avenue
Staten Island, NY 10310
718-273-9600

**STATE OF NEW YORK, COUNTY OF NEW YORK SS.,** Major L. Keels
**Being duly sworn, deposes and says that he is over the age of 18 years: Is not a party to this action and resides at** New York, NY

That on the 16$^h$ day of April **2010**, at 1:40 **P.M.**
At 1 Police Plaza, Room 1100, New York, NY 10007

**Deponent served annexed COMPLAINT,**    **upon**    SUMMONS IN A CIVIL ACTION & VERIFIED SGT. CORNEL BUCKLEY,

**Suitable Age Person:**
By delivering a true copy of each to PAA Busby, **a person of suitable age and discretion, said individual stated she is authorized to accept legal process.**

Description: Deponent describes the individual served or spoken to as follows:
**Sex:** Female **Skin/Color:** Black **Hair:** Black **App.Age:** 52 **App.Ht:** 5'5" **App.Wt:** 140
**Other identifying features:**

Sworn to before me this
/6th day of April 2010

*/s/ Ivonne Keels*
IVONNE KEELS
Notary Public, State of New York
No. 31-4958470
Qualified in New York County
Commission Expires January 11, 2014

*/s/ Major L. Keels*
Major L. Keels
License #946227